JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 10-10075-MMM(JCGx) | Date December 2, 2011 |

Title  Michael Hagelgantz v. San Bernardino County et al

---

Present: The Honorable  MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**  IN CHAMBERS - ORDER DISMISSING CASE WITHOUT PREJUDICE

    The court is in receipt of the plaintiff's verified notice of dismissal and the defendants' stipulation to dismiss the case without prejudice filed on November 28, 2011 and December 1, 2011, respectively.

    In light of these filings, the court hereby DISMISSES this action without prejudice.  The court vacates all deadlines and/or hearing dates previously set on this case.

    IT IS SO ORDERED.

___ : ___0___